Case 05-14928   Doc 66   Filed 03/05/09   Entered 03/05/09 18:40:39   Desc Main
          Document      Page 1 of 2

```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 14928
    JOHN FRANCIS LANG
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-7747


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/18/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           8725.00         1591.51        8725.00
AMERICREDIT FINANCIAL SV  UNSEC W/INTER     2955.91          541.84        2955.91
WASHINGTON MUTUAL         CURRENT MORTG         .00             .00            .00
WASHINGTON MUTUAL         MORTGAGE ARRE    10996.38             .00       10996.38
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED             .00            .00
SEARS ROEBUCK & CO        UNSEC W/INTER  NOT FILED             .00            .00
HOMEOWNERS ASSOCIATION    NOTICE ONLY    NOT FILED             .00            .00
WASHINGTON MUTUAL         MORTGAGE NOTI  NOT FILED             .00            .00
*JEFF WHITEHEAD           DEBTOR ATTY       1,494.00                       1,494.00
TOM VAUGHN                TRUSTEE                                          1,558.78
DEBTOR REFUND             REFUND                                           1,021.42

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  28,884.84

PRIORITY                                             .00
SECURED                                        19,721.38
    INTEREST                                    1,591.51
UNSECURED                                       2,955.91
    INTEREST                                      541.84
ADMINISTRATIVE                                  1,494.00
TRUSTEE COMPENSATION                            1,558.78
DEBTOR REFUND                                   1,021.42
                         --------------      --------------
TOTALS                   28,884.84             28,884.84




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 14928 JOHN FRANCIS LANG
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE